UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED:  1/27/2021
```

United States of America,

—v—

Christian Cardenas,

            Defendant.

17-cr-339 (AJN)

ORDER

ALISON J. NATHAN, District Judge:

      The Court received the attached pro se motion for compassionate release by mail.  The

Court has redacted portions of the exhibits that refer to Mr. Cardenas's medical information.

The unredacted version will be provided to counsel and filed under seal.

      Pursuant to the Criminal Justice Act, 18 U.S.C. § 3006A, and the discretion of the Court,

the Court hereby appoints Karloff C. Commissiong to represent Mr. Cardenas in connection with

his motion for compassionate release.  Within three weeks, Mr. Commissiong should file a

supplemental submission on behalf of Mr. Cardenas or inform the Court that he requires more

time to do so.  The Government shall respond within two weeks of the supplemental submission,

and Mr. Commissiong shall have one week from the date of Government's response to reply.

      SO ORDERED.

Dated: January 27, 2021
      New York, New York

                          _____
                             ALISON J. NATHAN
                      United States District Judge

TRULINCS  79231054 - CARDENAS, CHRISTIAN - Unit: LEW-K-A

---------------------------------------------------------------------------------------------

FROM: 79231054
TO:
SUBJECT: Motion
DATE: 01/12/2021 03:21:02 PM

RECEIVED
JAN 25 2021
ALISON J. NATHAN
U.S. DISTRICT JUDGE
S.D.N.Y.

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT IF NEW YORK

CHRISTIAN CARDENAS
          V                                              CASE# 17 CR-339
UNITED STATES OF AMERICA

Here come Christian Cardenas Pro Se motion for compassionate release.

   To the Honorable Judge Alison J. Nathan. I'm filing a motion for reduction in sentence under the First Step Act 3582 (c)(1)(A)
(i) for extraordinary and compelling reasons. I have exhausted my administrative remedies (BP9). I will send a copy of the
Warden's denial to your Honor, and the government.

   There has been a massive outbreak of Covid-19 cases at Camp Lewisburg PA with over 90 cases between inmate and staff.
To verify go to www.bop.gov/coronavirus. Detention facilities have even greater risk of infectious spread because of conditions
of crowding, the proportion of vulnerable people detained, and often scant medical care. People live in close quarters and are
also subject to security measures which prohibit successful "social distancing" that is needed to effectively prevent the spread
of Covid-19. Toilets, sinks, (telephones) and showers are shared, without disinfection between use. Food preparation is
communal, with little opportunity for surface disinfection. The crowded conditions, in both sleeping areas and social areas, and
the shared objects (bathrooms, sink, ect.) facilitate transmission. Michael Pabon v United States 2020 U.S. Dist. Lexis 78245

   I have never tested positive for COVID-19, and I'm still highly vulnerable to any future infection. I suffer from hypertension
(High Blood Pressure) that I take medicine (Amlodipine and Lisinopril) for and I am pre-diabetic. The CDC reports that "people
with diabetes, high blood pressure or severe obesity are more likely to experience dangerous systems if infected with Covid-19"
and "nearly 90% of adult patients hospitalized with Covid-19 in the U.S. had one or more underlying diseases" and out of those
patients 49.7% of them had hypertension 28.3% of them had diabetes. Michael Pabon v United States 2020 U.S. Lexis 78245

   When I came to prison in June 2017 I weighed 172 pounds, I now weigh 142 pounds because of stress and depression. I
have spent over 9 months on 24 hour lockdown between transfers from 3 different prisons and security disciplinary lockdown
because of other inmates. After 15 months in MDC Brooklyn I went to F.C.I. Hazelton medium where I spent 8 months then
went to Devens Medical Center low where I spent 14 months. I am now at Camp Lewisburg PA. The B.O.P. classified me as out
custody, and not a danger to the community. The B.O.P. as my recidivism at a "low" that make me less likely to come back to
prison.

   I have no violence in my criminal record and I do not have a substantial criminal history. The only time I spent in prison
before this case was a 4 month misdemeanor for possession of cocaine.

   I have completed the Non-Residential Drug Abuse Program, Drug Education class, Creating a Resume class, Employment
Program "On the Job Skills", and Money Smart class. These programs will help me in the future to seek employment and help
me stay away from drug use and drug activity. Currently, I am enrolled in the GED program. During the testing phase the Covid-
19 pandemic started and classes were shut down. I was only able to pass the Social Studies test.

   I have done over half of my 96 month sentence without a single disciplinary infraction. On 1/5/21 I was accepted to the RDAP
drug abuse program. Through out my time in prison I have worked in laundry and food service at M.D.C Brooklyn. Then at
Hazelton Medium F.C.I. I worked in food service. In Devens Medical Center I was the Unit (J-B) orderly. I came to Camp
Lewisburg on 11/2/21, and I'm waiting to be employed.

   If I am to be released I will be going home, to Astoria Queens NY to live with my wife, my 9 year old daughter and with my 78
year old mother. I also have a plan for a job with Land Appliances 5725 Foster Avenue Brooklyn N.Y. 11234 Phone # (718)-531-
8641 Fax# (718)- 531- 8681

CERTIFICATE OF SERVICE

I Christian Cardenas hereby certify this motion and exhibits are true and accurate; henceforth mailed to the Clerk of The Court

TRULINCS  79231054 - CARDENAS, CHRISTIAN - Unit: LEW-K-A

--------------------------------------------------------------------------------

and USAO, on January 12, 2021.

The Honorable Alison J. Nathan
United States District Judge
Southern District of New York
500 Pearl street New York, Ny
10007 Clerk Office
Respectfully submitted,

United States Attorney's Office
Southern District of New York
One St. Andrew's Plaza
New York, Ny 10007

Christian Cardenas #79231-054 (Pro se)

**U.S. DEPARTMENT OF JUSTICE**
Federal Bureau of Prisons

**REQUEST FOR ADMINISTRATIVE REMEDY**

---

*Type or use ball–point pen. If attachments are needed, submit four copies. Additional instructions on reverse.*

From: Cardenas Christian    79231-054    1    Lewisburg
       LAST NAME, FIRST, MIDDLE INITIAL    REG. NO.    UNIT    INSTITUTION

**Part A– INMATE REQUEST** I am requesting compassionate release pursunt to 18 U.S.C. 3582 (c)(i)(A) that authorizes you to release me based on extraordinary and compelling reasons. I suffer from hypertension and I'm prediabic. I've lost 20 pound from depression, all of this put me at fatal rick for Covid 19.

Thank You and a great day

12-7-20                                  *Christian Cardenas*
DATE                                      SIGNATURE OF REQUESTER

**Part B– RESPONSE**

RECEIVED

DEC 10 2020

ADMIN REMEDY CLERK
USP LEWISBURG

---

_____          _____
DATE                      WARDEN OR REGIONAL DIRECTOR

*If dissatisfied with this response, you may appeal to the Regional Director. Your appeal must be received in the Regional Office within 20 calendar days of the date of this response.*

ORIGINAL: RETURN TO INMATE          CASE NUMBER: 1060216A-F1

                                    CASE NUMBER: _____

**Part C– RECEIPT**

Return to: _____
           LAST NAME, FIRST, MIDDLE INITIAL    REG. NO.    UNIT    INSTITUTION

SUBJECT: _____

_____          ⟳          _____
DATE              PRINTED ON RECYCLED PAPER    RECIPIENT'S SIGNATURE (STAFF MEMBER)

USP LVN                                                    BP–229(13)
                                                           APRIL 1982

Admin. Remedy No.: 1060264-F1
Part B- Response

### ADMINISTRATIVE REMEDY RESPONSE

This is in response to your request for Administrative Remedy
received on December 10, 2020, wherein you request a
Compassionate Release due to the COVID-19 pandemic.

Title 18 of the United States Code, section 3582(c)(1)(A),
allows a sentencing court, on motion of the Director of the BOP,
to reduce a term of imprisonment for extraordinary or compelling
reasons.  BOP Program Statement No. 5050.50, Compassionate
Release/Reduction in Sentence: Procedures for Implementation of
18 U.S.C. §§ 3582(c)(1)(A) and 4205(g), provides guidance on the
types of circumstances that present extraordinary or compelling
reasons, such as the inmate's terminal medical condition;
debilitated medical condition; status as a "new law" elderly
inmate, an elderly inmate with medical conditions, or an "other
elderly inmate"; the death or incapacitation of the family
member caregiver of the inmate's child; or the incapacitation of
the inmate's spouse or registered partner.

A review of this matter revealed you do not meet the criteria
for a Compassionate Release.

The BOP is taking extraordinary measures to contain the spread
of COVID-19 and treat any affected inmates.  We recognize that
you, like all of us, have legitimate concerns and fears about
the spread and effects of the virus.  However, your concern
about being potentially exposed to, or possibly contracting,
COVID-19 does not currently warrant an early release from your
sentence. Accordingly, your RIS request is denied.

If you are dissatisfied with this response, you may appeal to
the Regional Director, United States Federal Bureau of Prisons,
Northeast Regional Office, United States Customs House - Seventh
Floor, Second and Chestnut Streets, Philadelphia, PA 19106,
within twenty (20) calendar days from the date of this response.

12/14/20
_____
Date

_____
RADM S. Spaulding, Warden





# NON-RESIDENTIAL DRUG ABUSE PROGRAM

## CERTIFICATE OF COMPLETION

This is to certify that

### Christian Cárdenas

Register No. 79231-054

has completed
4-months of weekly non-residential drug abuse counseling.

This certificate is hereby issued this 15th day of May, 2018.

J. McCabe, Ph.D.
Staff Psychologist
Metropolitan Detention Center, Brooklyn

Nina Barrett, MA, CASAC
Drug Abuse Treatment Specialist
Metropolitan Detention Center, Brooklyn

# FEDERAL BUREAU OF PRISONS

**FMC DEVENS**

THIS CERTIFIES THAT

**CHRISTIAN CARDENAS**

REG. #79231-054

HAS SUCCESSFULLY COMPLETED THE REQUIREMENTS FOR THE

**DRUG EDUCATION CLASS**

**SEPTMEBER 10, 2019**

THE DRUG EDUCATION COURSE IS A MINIMUM OF 12 HOURS. THE
GOAL OF THIS PROGRAM IS TO HELP THE OFFENDER TO MAKE
AN ACCURATE EVALUATION OF THE CONSEQUENCES OF HIS
ALCOHOL/DRUG USE AND CONSIDER THE NEED FOR
TREATMENT

M. Park, Psy.D.
Drug Abuse Program Coordinator

H. Snedgren, M.A.
Drug Treatment Specialist



# Certificate of Completion

The Education Department at the Federal Medical Center, Devens

is pleased to present this certificate to

Cristian Cardena

on January 31, 2020

for successfully completing 5 hours of RPP classroom study in

## Creating a Resume

Mr. J. Grover, RPP Coordinator

# Certificate of Completion

The Education Department at the Federal Medical Center, Devens

is pleased to present this certificate to

## CHRISTIAN CARDENAS

on February 14, 2020

for successfully completing 10 hours of RPP classroom study in

## Employment Skills

Mr. J. Goguen, RPP Coordinator





# Certificate of Completion

The Education Department at the Federal Medical Center, Devens

is pleased to present this certificate to

## Christian Cardenas

on February 28, 2020

for successfully completing 5 hours of RPP classroom study in

## THE PATHWAY TO EMPLOYMENT PROGRAM "ON THE JOB SKILLS"



Mr. J. Golden, RPP Coordinator



The Pathway To Employment Program

# Certificate of Completion

The Education Department at the Federal Medical Center, Devens

is pleased to present this certificate to

# CHRISTIAN CARDENAS

on March 13, 2020

for successfully completing 10 hours of RPP classroom study in

## Money Smart

Mr. J. Goelen, RPP Coordinator