**ADAMS & COMMISSIONG** LLP

ATTORNEYS AT LAW

65 BROADWAY SUITE 715
NEW YORK, NY 10006
TEL: 212-430-6590
FAX: 212-981-3305

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 3/18/2021

March 17, 2021

**VIA ECF**

Hon. Alison J. Nathan
United States District Court Judge
Thurgood Marshall Courthouse
40 Foley Square
New York, NY 10007

Re: <u>United States v. Christian Cardenas</u>, 17 Cr. 339 (AJN) – Third request for extension of time to file motion for compassionate release

Dear Judge Nathan:　　　　　　　　　　　　　　　　　　　　　　SO ORDERED.

I write to request an extension of time to March 19, 2021, to file a motion for compassionate release on behalf of Mr. Cardenas. The government consents and requests a deadline of April 2, 2021 to respond. I was able to speak with my client this morning regarding this matter, and I am prepared to submit this motion on Friday, March 19, 2021. Accordingly, I request an extension of time to March 19, 2021, to file a motion for compassionate release on behalf of Mr. Cardenas.

Respectfully Submitted,

*/s/ Karloff C. Commissiong*

Karloff C. Commissiong, Esq.

*/s/ Alison J. Nathan*　3/18/2021
SO ORDERED.
ALISON J. NATHAN, U.S.D.J.

Cc:　AUSA Elizabeth Hanft