# ADAMS & COMMISSIONG LLP

### ATTORNEYS AT LAW

65 BROADWAY SUITE 715
NEW YORK, NY 10006
TEL: 212-430-6590
FAX: 212-981-3305

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 3/29/2021

**VIA ECF**

Hon. Alison J. Nathan
United States District Court Judge
Thurgood Marshall Courthouse
40 Foley Square
New York, NY 10007

Re: <u>United States v. Christian Cardenas</u>, 17 Cr. 339 (AJN) – Request for permission to file reply by Thursday, April 1, 2021

Dear Judge Nathan:

I write to request permission to file a reply in this matter by Thursday, April 1, 2021. The government consents to this request. Accordingly, I request permission to file a reply by Thursday, April 1, 2021.

SO ORDERED.

Respectfully Submitted,

Karloff C. Commissiong, Esq.

SO ORDERED.
ALISON J. NATHAN, U.S.D.J.
3/29/2021

Cc: AUSA Jane Kim
    AUSA Elizabeth Hanft