UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 4/11/22
```

| | |
|---|---|
| United States of America, | 17-CR-339 (AJN) |
| —v— | 20-CV-4509 (AJN) |
| Christian Cardenas, | ORDER |
| Defendant. | |

ALISON J. NATHAN, Circuit Judge, sitting by designation:

The parties are ordered to submit by April 18, 2022, a joint letter indicating whether any additional action is required of the Court or whether case number 20-cv-4509, and docket number 300 in 17-cr-339, may be closed. If no letter is filed, the Court will deem the case closed.

The Clerk's office is respectfully directed to mail a copy of this order to the last address listed for Mr. Cardenas on the docket:

Christian Cardenas
Reg. No. 79231-054
FMC Devens
P.O. Box 879
Ayer, MA 01432

SO ORDERED.

Dated: April 11, 2022
New York, New York

_____
ALISON J. NATHAN
United States Circuit Judge
Sitting by designation

1